1  CALL, JENSEN & FERRELL
   A Professional Corporation
2  SCOTT J. FERRELL, ESQ. (SBN 202091)
3  LISA A. WEGNER, ESQ. (SBN 209917)
   RAFIK MATTAR, ESQ. (SBN 231292)
4  610 Newport Center Drive, Suite 700
   Newport Beach, CA  92660
5  (949) 717-3000
6  Fax (949) 717-3100
   sferrell@calljensen.com
7  lwegner@calljensen.com
   rmattar@calljensen.com
8
   Attorneys for Defendant DELL INC.
9

10

11

12              **UNITED STATES DISTRICT COURT**

13      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

14

15  DAVID HALL, an individual,              Case No. CV07-1982AHM (JCx)

16              Plaintiff,                  **ORDER RE: STIPULATION RE:**
                                            **SETTLEMENT**
17  vs.

18  DELL COMPUTER CORPORATION, a
    Texas Corporation, DELL, INC., a
19  Delaware Corporation,

20              Defendants.

21

22                                          Complaint Filed:   September 18, 2006
                                            Trial Date:        March 11, 2008
23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

1    Plaintiff David Hall and Defendant Dell Inc. (collectively, the "Parties") have

2    reached a settlement in the instant action.  The Parties are in the process of finalizing the

3    details regarding said settlement and will file an appropriate Stipulation re: Dismissal

4    ("Dismissal") within the next 21 days to memorialize the terms of the Agreement and

5    advise the Court of the status.

6    IT IS ORDERED that this case is removed from this Court's active caseload.  If

7    this case needs to be reopened, counsel are to file a stipulation requesting the case be

8    reopened. The Court will retain jurisdiction until such time as the Dismissal has been

9    filed.

10

11   IT IS SO ORDERED

12   Dated: February 29, 2008

13                                                            Hon. A. Howard Matz

14   **Make JS-6**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

DEL05-50:LA07CV01982AHM-O.doc:2-29-08                    - 2 -

ORDER RE: STIPULATION RE: SETTLEMENT